# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENIS J. MAHORNE, ) | Case No. 1:19-cv-00036-EPG |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| vs. ) | (ECF No. 13) |
| ANDREW SAUL,[1] ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Pursuant to the stipulation of the Parties (ECF No. 13), and finding good cause exists, IT IS SO ORDERED that Plaintiff is granted an extension of time, to 09/16/2019, to file Plaintiff's opening brief. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **August 14, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1