MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| VENIS MAHORNE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00036-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 16) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's opening brief. The current due date is October 15, 2019. The new due date will be November 19, 2019.

    This is Defendant's first request for an extension of time for briefing and the second request in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel diligently worked on various district court cases and other substantive non-court matters, some of which required more time to complete than anticipated. Before and around the original due date of October 15, 2019, counsel will be on pre-approved leave. Counsel

also has at least 20 district court matters scheduled between October 15, 2019, to November 19, 2019. Some of the other cases have been previously extended by other plaintiffs or Defendant, and counsel is prioritizing older cases or cases where she requested an extension but was unsuccessful in obtaining an extension despite her attempts. She requires additional time to review the record in this case, to evaluate the issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including November 19, 2019, to respond to Plaintiff's opening brief. This request is made in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: October 1, 2019　　　　　　　　PENA & BROMBERG, ATTORNEYS AT LAW

*s/ Jonathan O. Pena by C.Chen\**
(As authorized by email on 10/1/2019)
JONATHAN O. PENA
Attorneys for Plaintiff

Date: October 1, 2019　　　　　　　　MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties (ECF No. 16), and finding good cause exists, IT IS ORDERED that the deadline for Defendant to file a responsive brief is extended to November 19, 2019. All other dates in the Court's scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: __**October 2, 2019**__

/s/ Erin P. Grosj
UNITED STATES MAGISTRATE JUDGE